DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHENS PEKING II RESTAURANT INC.,**
Appellant,

v.

**WEINGARTEN NOSTAT LLC,**
Appellee.

No. 4D2025-2704

[May 28, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory Miller Keyser, Judge; L.T. Case No. 502025CA005021XXXAMB.

Cory Samuel Carano of Cory S. Carano, P.A., Delray Beach, for appellant.

Carol Rooney of Hinshaw & Culbertson LLP, Fort Lauderdale, and Sarah Hafeez of Hinshaw & Culbertson LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***